**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-01961-REB-KMT           FTR - Courtroom C-201

**Date:** May 16, 2012                              Deputy Clerk, Nick Richards


ENERGY INTELLIGENCE GROUP, INC., and        Ashley I. Kissinger
ENERGY INTELLIGENCE GROUP (UK)              Michelle Katherine Riley
LIMITED,                                     Robert Lester Powley

     Plaintiff(s),

v.

WELLS FARGO SECURITIES, LLC, f/k/a          Shao-Ching Jenny Van
WACHOVIA CAPITAL MARKETS, LLC,              Timothy Michael Reynolds

     Defendant(s).

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING
Court in session: 9:40 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiffs' Motion to Compel Discovery From Defendant by a Date Certain and Request for a Fourth Extension of Expert Witness Deadlines [Doc. No. 65, filed April 18, 2012].

Oral argument by plaintiff
Oral argument by defendant

It is **ORDERED**:      Plaintiffs' Motion to Compel [65] is **GRANTED IN PART AND DENIED IN PART**.

     The motion is **GRANTED IN PART AND DENIED IN PART** as to Request for Production No. 1 and Interrogatory No. 4. The request is **GRANTED** in that the court will approve a sampling protocol to be developed by the parties as to discovery concerning secondary forwarding.  Defendant shall implement the protocol in such a fashion as to produce the data obtained from the sample on or before July 2, 2012. It is recommended that a sampling protocol be agreed to on or before June 1, 2012. The request is **DENIED** as to

        discovery pertaining to A.G. Edwards & Sons, Inc.

        The motion is **GRANTED IN PART** as to Request for Production of Documents No. 17 and Interrogatory No. 12.

        The motion with respect to Interrogatory No. 12 is **GRANTED IN PART** in that defendant will provide a more complete response to identifying and describing defendant's overall computer system as it existed during the applicable period on or before May 25, 2012. Responses pertaining to email and electronic storage systems are adequate and do not need supplementation.

        The motion with respect to Request for Production of Documents No. 17 is **GRANTED IN PART**. Defendant shall list the 110 people in question and their method of compensation on or before June 15, 2012.

        The motion is **DENIED** as to Requests for Production of Documents 4, 7, 19, and 20.  Request for Production of Documents No. 7 is denied without prejudice.

        Requests for Production No. 23 and Interrogatory No. 13 are withdrawn as topics for this motion to compel.

Discussion regarding recommendation to District Judge Robert E. Blackburn to vacate the trial date currently set on September 24, 2012 at 8:30 a.m.

It is **ORDERED**:   Status Conference set for May 23, 2012 at 10:30 a.m. Counsel may appear by telephone by contacting chambers at (303)-335-2780.

        All current deadlines in the case, including affirmative and rebuttal expert deadlines, are **VACATED**, to be reset by recommendation to the District Court at or after the May 23, 2012 Status Conference.

        Each side is granted an additional 10 requests for production of documents and 5 additional interrogatories. The additional requests and interrogatories must be served within 30 days of this hearing.

**Court in Recess: 11:46 a.m.**
Hearing concluded.
Total In-Court Time    02:06

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.