**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01961-REB-KMT

ENERGY INTELLIGENCE GROUP, INC., and
ENERGY INTELLIGENCE GROUP (UK) LIMITED,

    Plaintiffs,

v.

WELLS FARGO SECURITIES, LLC, f/k/a Wachovia Capital Markets, LLC,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#87][1] filed May 23, 2012, recommending a continuance of the trial in this matter. No objection having been filed to the recommendation, I review the recommendation for plain error only. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the recommendation, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#87]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1. That **Recommendation of United States Magistrate Judge** [#87] filed May 23, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That the Trial Preparation Conference set for Friday, September 7, 2012, at 3:00 p.m., and the trial set to commence September 24, 2012, at 8:30 a.m., are **VACATED** and **CONTINUED,** pending further order of the court; and

3. That the Trial Preparation Conference and trial **SHALL BE RESET** during a telephonic setting conference on **June 19, 2012**, at **10:00 a.m.** (MDT); provided, furthermore, that counsel for plaintiffs **SHALL ARRANGE** and **COORDINATE** the conference call necessary to facilitate the setting conference.

Dated June 8, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge