**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01961-REB-KMT

ENERGY INTELLIGENCE GROUP, INC., and
ENERGY INTELLIGENCE GROUP (UK) LIMITED,

    Plaintiffs,

v.

WELLS FARGO SECURITIES, LLC, f/k/a Wachovia Capital Markets, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the parties' stipulation of dismissal [#93] filed July 18, 2012.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the parties' stipulation of dismissal [#93] filed July 18, 2012, is **APPROVED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated July 19, 2012, at Denver, Colorado.

                                            **BY THE COURT**:

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge